Argued and submitted August 24, affirmed November 23, 1988

## STATE OF OREGON,
*Respondent,*

*v.*

## WILLIAM MATTHEW MORTIMORE,
*Appellant.*

(B71-526; CA A47988)

764 P2d 960

Charles M. Gudger, III, Eugene, argued the cause and filed the brief for appellant.

Timothy A. Sylwester, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Warden, Presiding Judge, and Graber, Judge, and Van Hoomissen, Judge pro tempore.

PER CURIAM

## PER CURIAM

Defendant raises objections to conditions of probation imposed by the trial court. Assuming that those conditions are reviewable, in the trial court, we will not consider them for the first time on appeal. *State v. Kidd,* 61 Or App 292, 656 P2d 391 (1983).

Affirmed.